Dismissed and Memorandum Opinion filed August 6, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00374-CV

____________

 

JACK CARLSON, Appellant

 

V.

 

HARRIS COUNTY APPRAISAL DISTRICT and 

THE APPRAISAL REVIEW BOARD OF 

HARRIS COUNTY APPRAISAL DISTRICT, Appellees

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-29252

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 5, 2009.  On
July 29, 2009, appellant filed a motion to dismiss the appeal because the case
has settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices
Yates, Frost, and Brown.